IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARRIE W. MINOR                                                                                          PLAINTIFF

V.                                                         CIVIL ACTION NO.  **5:06cv1-DCB-JCS**

MURPHY OIL USA, INC.                                                                              DEFENDANT

<u>AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE</u>

    This cause having come on before the Court on the Joint Motion and Stipulation of the Plaintiff, CARRIE W. MINOR, and the Defendant, MURPHY OIL USA, INC., for the entry of Judgment dismissing the above-styled and numbered cause against the Defendant, MURPHY OIL USA, INC., all claims asserted therein against said Defendant, all Complaints and amendments thereto, all pending Motions and all claims that could have been but were not asserted by the said parties in said action, with prejudice, and with no costs being assessed against any party, and the Court, after having considered the Motion of the parties, being advised that the said parties have withdrawn all Motions as between them and being otherwise fully advised in the premises, finds that said Motion is well taken and should be granted.  It is, therefore,

    ORDERED AND ADJUDGED, that all pending Motions regarding the Defendant, Murphy Oil USA, Inc., if any, be and the same are hereby withdrawn; that this action, the Complaint filed herein, all amendments thereto, all other matters and proceedings of any nature pending as against the Defendant, Murphy Oil USA, Inc., and all claims and causes of action that could have been but were not asserted herein be, and the same are hereby, fully, finally and forever dismissed

with prejudice as to said Defendant with each party to bear its own costs, and with no costs being taxed against anyone by the Court.

SO ORDERED this  26th  day of  March , 2008.

s/ David Bramlette<br>UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:


s/James C. Patton, Jr.
JAMES C. PATTON, JR., ESQ.
Attorney for Plaintiff


s/Timothy D. Crawley
TIMOTHY D. CRAWLEY, ESQ.
Attorney for Defendant,
Murphy Oil USA, Inc.